**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

CEDRIC McGINNIS                                            **PLAINTIFF**

vs.                                      **CIVIL ACTION NO. 3:03-cv-447 WS**

CITY OF BRANDON, ET AL.                             **DEFENDANTS**

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that judgment should be entered for the defendants. The above-styled and numbered cause is dismissed.

**SO ORDERED, this the 24th day of March, 2006.**

                                         **s/ HENRY T. WINGATE**

                                         **CHIEF UNITED STATES DISTRICT JUDGE**